# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUO WENGUI a/k/a MILES KWOK a/k/a )
HO WAN KWOK, )
)
)
               Plaintiff, )
)
    v. )  No._____
)
CLARK HILL PLC and THOMAS K. )
RAGLAND, )
)
             Defendants. )

## DECLARATION OF CITIZENSHIP OF CLARK HILL PLC

1. My name is Kathleen M. Sullivan.

2. I make this declaration based on personal knowledge, in support of Defendant Clark Hill PLC's Notice of Removal relative to *Guo Wengui v. Clark Hill PLC*, No. 219 CA 006164M, an action filed September 19, 2019 in the Superior Court for the District of Columbia.

3. All statements in this declaration are true both as of the date this declaration was signed and as of September 19, 2019.

4. I serve as the Chief Human Resources Officer of Clark Hill PLC, a professional limited liability company existing under and by virtue of the laws of the State of Michigan.

5. The principal place of business of Clark Hill PLC is in Detroit, Michigan, which is the largest office of Clark Hill PLC and the office location for its Chief Executive Officer, Chief Operations Officer, and Chief Financial Officer. Clark Hill PLC's state of organization and its nerve center is in Michigan.

6. Clark Hill PLC has 298 members among its nearly 570 attorneys. Some of its members are individuals, and some of its members are individuals who hold their memberships

through professional corporations. None of the professional corporations through which individuals hold memberships are incorporated under the laws of the District of Columbia.

7. I have reviewed the personnel records relating to Clark Hill PLC's members to determine whether any member resides or is domiciled in the District of Columbia. I also requested confirmation from each member that he or she did not reside in the District of Columbia or were a citizen of a foreign state.

8. Based on my investigation, every member of Clark Hill PLC is a citizen of the United States, and no member of Clark Hill PLC resides or is domiciled outside of the United States. Every member of Clark Hill PLC resides in, is domiciled in, and is a citizen of, a State.

9. Based on my investigation, no member of Clark Hill PLC is a citizen of, resident of, or domiciled in the District of Columbia.

10. Clark Hill PLC is not a citizen of the District of Columbia, nor is it a citizen of any foreign state.

11. On September 26, 2019, Clark Hill PLC, through its general counsel, accepted service of the Complaint filed in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct. *See* 28 U.S.C. § 1746.

Executed on October 24, 2019

Kathleen Sullivan

2