# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUO WENGUI a/k/a MILES KWOK a/k/a HO WAN KWOK,  )<br>)<br>) | |
| Plaintiff,  )<br>) | |
| v.  ) | No._____ |
| )<br>CLARK HILL PLC and THOMAS K. )<br>RAGLAND,  )<br>) | |
| Defendants.  ) | |

## DECLARATION OF CITIZENSHIP

1. My name is Thomas K. Ragland.

2. I make this declaration based on my personal knowledge and in support of Defendant Clark Hill PLC's Notice of Removal relative to *Guo Wengui v. Clark Hill PLC*, No. 219 CA 006164M, an action filed September 19, 2019 in the Superior Court for the District of Columbia.

3. All statements in this declaration are true both as of the date this declaration was signed and as of September 19, 2019.

4. I am an attorney licensed to practice law in the State of Maryland and the District of Columbia. I reside and am domiciled in the Commonwealth of Virginia and am a citizen of the Commonwealth of Virginia. I am not a resident, citizen or domiciled in the District of Columbia, nor am I a citizen of any foreign state.

I declare under penalty of perjury that the foregoing is true and correct.  *See* 28 U.S.C. § 1746.

Executed on October 24, 2019

_____
Thomas K. Ragland