# Exhibit A

# CLARK HILL

Thomas K. Ragland
T 202.552.2360
F 202.772.0901
Email: tragland@clarkhill.com

Clark Hill PLC
1001 Pennsylvania Ave. NW
Suite 1300 South
Washington, DC  20004
T 202.772.0909

F 202.772.0919
clarkhill.com

August 28, 2017

**VIA ELECTRONIC MAIL:** spencerlee952@gmail.com

Initiatives For China
Attn: Lianchao Han, Esq.
1875 Connecticut Ave, Ste. 410
Washington, DC 20009

Re:   **Retention of Clark Hill**

Dear Mr. Han,

Please allow the following to serve as a letter of agreement confirming that you have retained Clark Hill to represent Mr. Ho Wan Kwok in connection with legal matters. This agreement sets forth the respective obligations and expectations in our attorney-client relationship.

**A.    SCOPE OF REPRESENTATION**

Clark Hill will represent Mr. Ho Wan Kwok in U.S. immigration matters.

**B.    PAYMENT OF FEES**

Clark Hill will accept your case on an hourly basis. Our fees are based on the time spent and the regular hourly rates of each attorney, paralegal, and legal assistant performing work on your behalf. The hourly rates for each of our professionals are as follows:

| | |
|---|---|
| Thomas Ragland (Member) | $510 |
| Patrick Taurel (Associate) | $310 |
| Jennifer Cook (Senior Attorney) | $285 |
| Senior Paralegals | $235 |
| Lauren Barger (Paralegal) | $170 |
| Legal Secretaries | $100 |

These rates are subject to yearly increases (on January 1). Most of the work on your case will be handled by me and an associate attorney. To the extent possible, I will endeavor to have other

members of the staff handle appropriate tasks, at lower rates, and will delegate "legwork" to you as much as possible.

All of our attorney and other professional time is compiled in a computerized billing system. Our invoices will detail the hours, tasks accomplished, and rates for attorneys and other professionals who perform work on the matter. We will provide you with a bill on a monthly basis, sent to your attention. Payment is due upon receipt. Any balance unpaid after 30 days of the date of the invoice shall accrue interest at the rate of seven percent (7%) per annum. Payments shall be applied first to accrued interest, if any, and then to the unpaid principal balance.

It is further understood and agreed that you will reimburse the firm for costs advanced and expenses incurred which are related to this matter. With respect to disbursements that exceed $100, we may forward the bills to your attention and request that you pay the outside vendor directly.

C.   **RETAINER**

**A retainer fee of $10,000 is due upon execution of this agreement.**

D.   **YOUR RIGHTS AS A CLIENT**

As a client of the firm, you have the right to: (A) expect competent representation by an attorney; (B) determine the purposes to be served by the legal representation, so long as those purposes are legal and do not violate the attorney's obligation to the profession or to the judiciary; (C) be kept reasonably informed about the status of the matter and have the attorney respond promptly to reasonable requests for information; and (D) terminate the representation of the attorney at any time, with or without cause, subject to liability for payment of legal services provided and costs incurred by the firm.

E.   **YOUR RESPONSIBILITIES AS A CLIENT**

As a client of the firm, you have the responsibility to: (A) obey all orders issued by a court concerning your matter; (B) be candid and truthful with the attorney and the court; and (C) pay the firm as provided by this agreement and any other agreements regarding payment for legal services and expenses. As a client, you may not: (A) demand that the attorney use offensive tactics or treat anyone involved in the legal process with anything but courtesy and consideration; (B) demand any assistance from the attorney which violates the Rules of Professional Conduct; or (C) pursue or insist upon a course of action which the attorney reasonably believes to be illegal, fraudulent, offensive, or unwise. The attorney may terminate this agreement for reasons permitted under the Rules of Professional Conduct.

F.   **COMMUNICATION WITH THE FIRM**

During the course of this matter, we will promptly return your telephone calls, respond to your e-mails, and answer your letters. We request that you promptly return our telephone calls,

respond to our e-mails, and provide information or documentation that we may request in a timely fashion.

All evidence of any nature that is arguably relevant to this matter, including but not limited to documents (whether hard copy or electronic) and other physical evidence, must be preserved. Moreover, scheduled routine destruction of any stored records (whether hard copy or electronic) must be suspended immediately until after this matter is concluded. Failure to do so may result in sanctions by a court or tribunal.

In order to preserve the attorney/client privilege that attaches to our communications, it is important that all future oral communications about this matter occur only in the presence of a Clark Hill attorney. Further, all written communications about the matter should be directed to a Clark Hill attorney.

G.   **OTHER MATTERS**

If we perceive that any conflicts arise that would compromise our ability to represent you, we reserve the right to withdraw from representation.

Attached to this letter is a copy of our Standard Terms of Engagement for Legal Services, which will form a part of this letter and our agreement. We request that you review the enclosed document in its entirety, and contact us should you have any questions concerning the matters set forth therein. If the terms and conditions stated herein and in the attached Standard Terms of Engagement for Legal Services are satisfactory to you, please sign this letter where indicated and return it at your earliest convenience. In addition, please remit the initial payment of **$5,000,** to be applied toward the retainer.

Again, thank you for your confidence in selecting Clark Hill PLC to represent you in this matter. We look forward to working with you.

Very truly yours,

CLARK HILL PLC

_____
Thomas Ragland
Member

## ACKNOWLEDGMENT

I, hereby acknowledge receipt of a copy of the foregoing letter and the accompanying Standard Terms of Engagement for Legal Services, and accept, and agree to be bound by, the terms stated therein.

Date: AUG. 28, 2017

Mr. Lianchao Han, Esq.

CLARK HILL

## *STANDARD TERMS OF ENGAGEMENT FOR LEGAL SERVICES*

This statement sets forth the standard terms of our engagement as your lawyers. Unless modified in writing by mutual agreement, these terms will be an integral part of our agreement with you. Therefore, we ask that you review this statement carefully and contact us promptly if you have any questions. We suggest that you retain this statement in your file.

### The Scope of our Work

You should have a clear understanding of the legal services we will provide. Any questions that you have should be dealt with promptly.

We will at all times act on your behalf to the best of our ability. Any expressions on our part concerning the outcome of your legal matters are expressions of our best professional judgment, but are not guarantees. Such opinions are necessarily limited by our knowledge of the facts and are based on the state of the law at the time they are expressed.

It is our policy that the person or entity we represent is the person or entity identified in our engagement letter and does not include any affiliates of such person or entity, such as parents, subsidiaries, employees, officers, directors, shareholders or partners of a corporation or partnership, or commonly owned corporations or partnerships; or, if you are a trade association, any members of the trade association.

It is also our policy that the attorney-client relationship will be considered terminated upon our completion of any services which you have retained us to perform, or upon notification by you that you desire to terminate such services. If you later retain us to perform further or additional services, our attorney-client relationship will be revived subject to these terms of engagement, as they may be supplemented at that time.

### Who Will Provide the Legal Services

Customarily, each client of the firm is served by a principal attorney contact. The principal attorney should be someone in whom you have confidence and with whom you enjoy working. You are free to request a change of principal attorney at any time. Subject to the supervisory role of the principal attorney, your work or parts of it may be performed by other lawyers and legal assistants in the firm. Such delegation may be for the purpose of involving lawyers or legal assistants with special expertise in a given area or for the purpose of providing services on the most efficient and timely basis.

## How Fees Will Be Set

In determining the amount to be charged for the legal services we provide to you we will consider:

- The time and effort required, the novelty and complexity of the issues presented, and the skill required to perform the legal services promptly;

- The fees customarily charged in the community for similar services and the value of the services to you;

- The amount of money or value of property involved and the results obtained;

- The time constraints imposed by you as our client and other circumstances, such as an emergency closing, the need for injunctive relief from court, or substantial disruption of other office business;

- The experience, reputation, and expertise of the lawyers performing the services.

Among these factors, the time and effort required are typically weighted most heavily. We will keep accurate records of the time we devote to your work, including conferences (both in person and over the telephone), negotiations, factual and legal research and analysis, document preparation and revision, travel on your behalf, and other related matters. We record our time in units of tenths of an hour.

The hourly rates of our lawyers and legal assistants have an important bearing on the fees we charge. These rates are adjusted annually to reflect current levels of legal experience, changes in overhead costs, and other factors.

We are often requested to estimate the amount of fees and costs likely to be incurred in connection with a particular matter. Whenever possible, we will respond to your request by furnishing an estimate based upon our professional judgment, but always with a clear understanding that – unless explicitly stated in the representation agreement – it is not a maximum or fixed fee quotation. The ultimate cost frequently is more or less than the amount estimated.

For certain well-defined services, for example, a simple business incorporation, we will quote a flat fee. It is our policy not to accept representation on a flat fee basis except in such defined-services areas or pursuant to a special arrangement tailored to the needs of a particular client. In all such situations, the flat fee arrangement will be expressed in a letter setting forth both the amount of the fee and the scope of the services to be provided.

In undertaking representation of a client with a personal injury or wrongful death claim, we will, in appropriate circumstances, provide legal services on a contingent fee basis. Any such contingent fee arrangement must be reflected in a written contingent fee agreement approved by our contingent fee review committee.

### Retainer and Trust Deposits

New clients of the firm are commonly asked to deposit a retainer with a firm. Typically, the retainer is equal to the fees and costs likely to be incurred during a two-month period. Unless otherwise agreed, the retainer deposit will be credited toward your unpaid invoices, if any, at the conclusion of services. At the conclusion of our legal representation or at such time as the deposit is unnecessary or is appropriately reduced, the remaining balance or an appropriate part of it will be returned to you. If the retainer deposit proves insufficient to cover current expenses and fees on at least a two-month basis, it may have to be increased.

Deposits which are received to cover specific items will be disbursed as provided in our agreement with you, and you will be notified from time to time of the amounts applied or withdrawn. Any amount remaining after disbursement will be returned to you.

All trust deposits we receive from you will be placed in a trust account for your benefit. By court rules, your deposit will be placed in a pooled account if it is not expected to earn a net return, taking into consideration the size and anticipated duration of the deposit and the transaction costs. Other trust deposits will also be placed in the pooled account unless you request a segregated account. By court rules in each of these jurisdictions, interest earned on the pooled account is payable to a charitable foundation established in accordance with such court rules. Interest earned on the segregated trust account will be added to the deposit for your benefit and will be includable in your taxable income.

### Out-of-Pocket Expenses

We typically incur and pay on behalf of our clients a variety of out-of-pocket costs and internal charges arising in connection with legal services. These include charges made by government agencies and service vendors. Whenever such costs are incurred, we will carefully itemize and bill you for them. Typical of such costs are courier and express delivery charges; outside printing and reproduction costs; filing fees; deposition and transcript costs; witness fees; travel expenses; charges made by outside experts and consultants, including accountants, appraisers, and other legal counsel (unless arrangements for direct billing have been made). Internal charges for items such as long distance telephone calls, facsimile, postage, internal copying, local messengers, and computerized legal research are included as part of our hourly rate and will not be billed to you. We incur outside costs as agents for our clients, who agree that these costs will always be paid on a regular basis.

We reserve the right to make, at your expense, and retain copies of all documents generated or received by us in the course of our representation.

CLARK HILL

## Termination

You may terminate our representation at any time, with or without cause, by notifying us. If such termination occurs, your papers and property will be returned to you promptly upon receipt of payment for outstanding fees and costs. Our own files pertaining to the case will be retained. Your termination of our services will not affect your responsibility for payment of legal services rendered or out-of-pocket costs and internal charges incurred before termination and in connection with an orderly transition of the matter.

We are subject to the Rules of Professional Conduct governing attorneys in Washington, DC, which list several types of conduct or circumstances that require or allow us to withdraw from representing a client, including, for example: persistence in a course of conduct which we reasonably believe to be criminal or fraudulent; insistence upon pursuing an objective which we consider to be repugnant or imprudent; failure of a substantial nature to fulfill an obligation after reasonable warning that it will result in our withdrawal; or other good cause. We try to identify in advance and discuss with our client any situation that may lead to our withdrawal and if withdrawal ever becomes necessary, we will immediately provide the client written notice of our withdrawal.

## Billing Arrangements and Terms of Payment

We will bill you on a regular basis, normally each month, for both fees and disbursements. You agree to make payment within 30 days of receiving our statement. We will give you prompt notice if your account becomes delinquent, and you agree to bring the account or the retainer deposit current. If the delinquency continues and you do not arrange satisfactory payment terms, we will withdraw from the representation and pursue collection of your account. We will also request permission of any court in which we have filed an appearance on your behalf to allow us to withdraw as your counsel, and you agree that non-payment of our fees is a valid basis for our request to so withdraw.

## Your Right to Arbitrate

If you disagree with the amount of our fee, we request that you first take up the question with your principal attorney contact or with the firm's managing partner. Typically, such disagreements are resolved to the satisfaction of both sides with little inconvenience or formality. In the event of a fee dispute which is not readily resolved, you have the right to request arbitration under the auspices of the bar associations for jurisdictions in which we practice, and we agree to participate fully in that process.

CLARK HILL