AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| GUO WENGUI | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-03195-JEB |
| CLARK HILL PLC and THOMAS K. RAGLAND | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CLARK HILL PLC and THOMAS K. RAGLAND.

Date: 11/19/2020

/s/ David P. Saunders
*Attorney's signature*

David P. Saunders (Pro Hac Vice)
*Printed name and bar number*
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

*Address*

DSaunders@jenner.com
*E-mail address*

(312) 923-8388
*Telephone number*

(312) 527-0484
*FAX number*