IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUO WENGUI a/k/a MILES KWOK a/k/a HO WAN KWOK,<br><br>    Plaintiff,<br><br>  v.<br><br>CLARK HILL PLC and THOMAS K. RAGLAND,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:19-cv-3195-JEB<br>)<br>) Hon. James Boasberg<br>)<br>)<br>)<br>) |

## **DECLARATION OF DAVID P. SAUNDERS**

1. My name is David P. Saunders. I am over the age of eighteen. I am a partner at Jenner & Block LLP and am one of the lawyers representing the Defendants in this matter.

2. Attached as Exhibit 1 is a true and correct copy of Clark Hill's responses to Plaintiff's requests for production of documents to Clark Hill.

3. Attached as Exhibit 2 is a true and correct copy of Clark Hill's responses to Plaintiff's interrogatories to Clark Hill.

4. Attached as Exhibit 3 is a true and correct copy of Plaintiff's responses to Defendant Thomas Ragland's requests for production of documents to Plaintiff.

5. Attached as Exhibit 4 is a true and correct copy of Plaintiff's responses to Defendant Thomas Ragland's interrogatories to Plaintiff.

6. Attached as Exhibit 5 is a true and correct copy of Plaintiff's responses to Defendant Clark Hill's requests for production of documents to Plaintiff.

7. Attached as Exhibit 6 is a true and correct copy of Plaintiff's responses to Defendant Clark Hill's interrogatories to Plaintiff.

8. Attached as Exhibit 7 is a true and correct copy of Plaintiff's responses to Defendant Clark Hill's requests for admission to Plaintiff.

9. Attached as Exhibit 8 is a true and correct copy of a letter dated August 14, 2020 from Defendants' counsel to Plaintiff's counsel.

10. Attached as Exhibit 9 is a true and correct copy of a letter dated September 30, 2020 from Plaintiff's counsel to Defendants' counsel.

11. Attached as Exhibit 10 is a true and correct copy of a letter dated October 14, 2020 from Plaintiff's counsel to Defendants' counsel.

12. Attached as Exhibit 11 is a true and correct copy of an email chain dated October 20, 2020, between Plaintiff's counsel and Defendants' counsel.

13. Attached as Exhibit 12 is a true and correct copy of an email chain dated October 29, 2020, between Plaintiff's counsel and Defendants' counsel.

14. Attached as Exhibit 13 is a true and correct copy of an email on November 17, 2020, sent by Plaintiff's counsel to Defendants' counsel.

15. Attached as Exhibit 14 is a true and correct copy of the engagement letter dated September 14, 2017, indicating that Musick Peeler had engaged Duff & Phelps, produced as Clark_Hill_002118 to Clark_Hill_002123.

16. Attached as Exhibit 15 is a true and correct copy of "*Kovel*" letter from Musick Peeler to Duff & Phelps, dated September 14, 2017 and produced as Clark_Hill_002130 to Clark_Hill_002132.

17. Attached as Exhibit 16 is a true and correct copy of Plaintiff's requests for production of documents to Clark Hill.

18. Attached as Exhibit 17 is a true and correct copy of Plaintiff's interrogatories to Clark Hill.

19. Attached as Exhibit 18 is a true and correct copy of Defendant Thomas Ragland's requests for production of documents to Plaintiff.

20. Attached as Exhibit 19 is a true and correct copy of Defendant Thomas Ragland's interrogatories to Plaintiff.

21. Attached as Exhibit 20 is a true and correct copy of Defendant Clark Hill's requests for production of documents to Plaintiff.

22. Attached as Exhibit 21 is a true and correct copy of Defendant Clark Hill's interrogatories to Plaintiff.

23. Attached as Exhibit 22 is a true and correct copy of Defendant Clark Hill's requests for admission to Plaintiff.

24. Attached as Exhibit 23 is a true and correct copy of Plaintiff's first initial disclosures, served on April 14, 2020, before they were supplemented.

25. Pursuant to Rule 37(a), and as detailed in the accompanying memorandum, I certify that counsel for Defendants met and conferred with counsel for Plaintiff on multiple occasions in advance of filing their motion, including on November 18, 2020. In a pre-motion hearing on November 5, 2020, the Court granted Defendants permission to file the accompanying motion to compel. To the best of my knowledge, Plaintiff opposes Defendants' motion to compel.

I declare under penalty of perjury that the foregoing is true and correct. *See* 28 U.S.C. § 1746.

Executed on November 19, 2020

                                        */s/ David P. Saunders*
                                        David P. Saunders