UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUO WENGUI a/k/a MILES KWOK ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-cv-3195-JEB |
| v. ) | |
| ) | Hon. James Boasberg |
| CLARK HILL PLC and THOMAS K. ) | |
| RAGLAND ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**JOINT MOTION FOR STAY AND FOR MODIFICATION OF SCHEDULING ORDER**

Plaintiff Guo Wengui and Defendants Clark Hill PLC and Thomas K. Ragland, through their respective counsel, hereby submit this joint motion to stay the action until May 14, 2021 while the parties engage in a mediation before a neutral third party, and to vacate the Court's March 2, 2021 minute order setting the current case schedule. In support of this motion, the parties state:

1. On March 2, 2021, the Court entered an order setting certain deadlines for this action. The order sets June 1, 2021 as the deadline for fact discovery, June 16, 2021 as the date for Plaintiff's expert disclosures, July 19, 2021 as the date for Defendant's expert disclosures, and August 30, 2021 as the close of expert discovery.

2. Since then, the parties have diligently pursued fact discovery in this action, including responding to additional written discovery, have begun taking depositions, and are in the midst of scheduling the remainder.

3. The parties have agreed to privately mediate their dispute on April 29, 2021 before the Honorable Richard Levie (retired), and want to allow themselves time to fully engage in the mediation process while not expending resources conducting discovery.

2

    4.       The parties therefore jointly request that the Court enter an order staying the case until May 14, 2021 and vacating the case schedule entered by minute order on March 2, 2021.

    5.       If the parties' mediation is unsuccessful, the parties will work together in good faith to agree to a modified case schedule, and submit the same for the Court's consideration by May 7, 2021.

WHEREFORE, for the reasons set forth above, the parties respectfully request that the Court grant this motion, stay the case until May 14, 2021, and vacate the case schedule entered on March 2, 2021.

Dated: April 2, 2021

Respectfully submitted,

GUO WENGUI

CLARK HILL PLC and
THOMAS K. RAGLAND

By: */s/ Ari S. Casper*
    One of his attorneys

    Ari S. Casper (#471013)
    Ralph S. Tyler (#357087)
    The Casper Firm, LLC
    400 E. Pratt Street, Suite 903
    Baltimore, MD 21202
    Tel: (410) 989-5097
    acasper@casperfirm.com

*Attorneys for Plaintiff*

By: */s/ John R. Storino*
    One of their attorneys

    John R. Storino (*pro hac vice)*
    David P. Saunders (*pro hac vice*)
    Leigh J. Jahnig (*pro hac vice*)
    JENNER & BLOCK LLP
    353 N. Clark Street
    Chicago, IL 60654-3456
    Tel.: 312 222-9350
    JStorino@jenner.com

    Kali N. Bracey (#458965)
    JENNER & BLOCK LLP
    1099 New York Avenue NW
    Suite 900
    Washington, DC 20001-4412
    KBracey@jenner.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, John R. Storino, an attorney, hereby certify that I served the foregoing document on all counsel of record by electronic service via CM/ECF on this, the 2d day of April, 2021.

                                            _/s/   John R. Storino_