**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GUO WENGUI a/k/a MILES KWOK, <br><br> Plaintiff, <br><br> v. <br><br> CLARK HILL PLC and THOMAS K. RAGLAND <br><br> Defendants. | Case No. 1:19-cv-3195-JEB <br><br> Hon. James Boasberg |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Jenner & Block LLP ("Jenner & Block") hereby moves to withdraw the Appearance of David P. Saunders on behalf of Defendants Clark Hill PLC and Mr. Thomas Ragland (collectively, the "Defendants"). Mr. Saunders' last day at Jenner & Block will be May 14, 2021. The Defendants will continue to be represented by John Storino, Kali Bracey, and Leigh Jahnig of Jenner & Block.

Dated:  May 13, 2021	Respectfully submitted,

*/s/ John R. Storino*
John R. Storino (*via pro hac vice*)
Leigh J. Jahnig  (*via pro hac vice*)
JENNER & BLOCK, LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
JStorino@jenner.com

Kali N. Bracey (#458965)
JENNER & BLOCK, LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001-4412
Tel: (202) 639-6000
KBracey@jenner.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on May 13, 2021, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to all counsel of record:

      */s/ John Storino*