UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUO WENGUI a/k/a MILES KWOK )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　　Plaintiff,　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　　v.　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　 )<br>CLARK HILL PLC and THOMAS K.　 )<br>RAGLAND　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　　Defendants.　　　　　　　　　 ) | Case No. 1:19-cv-3195-JEB<br><br>Hon. James Boasberg |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Jenner & Block LLP ("Jenner & Block") hereby moves to withdraw the appearance of Leigh J. Jahnig on behalf of Defendants Clark Hill PLC and Mr. Thomas Ragland (collectively, the "Defendants"). Ms. Jahnig's last day at Jenner & Block will be August 3, 2021. The Defendants will continue to be represented by John Storino, Kali Bracey, and David Jimenez-Ekman of Jenner & Block.

Dated: August 2, 2021

Respectfully submitted,

*/s/ John R. Storino*
　John R. Storino (*via pro hac vice*)
　JENNER & BLOCK, LLP
　353 N. Clark Street
　Chicago, IL 60654-3456
　Tel: (312) 222-9350
　JStorino@jenner.com

　Kali N. Bracey (#458965) JENNER
　& BLOCK, LLP 1099 New York
　Avenue NW Suite 900
　Washington, DC 20001-4412 Tel:
　(202) 639-6000
　KBracey@jenner.com

　*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on August 2, 2021, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to all counsel of record:

*/s/ John Storino*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUO WENGUI a/k/a MILES KWOK )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>CLARK HILL PLC and THOMAS K. )<br>RAGLAND )<br>)<br>Defendants. ) | Case No. 1:19-cv-3195-JEB<br><br>Hon. James Boasberg |

## [PROPOSED] ORDER ON MOTION TO WITHDRAW APPEARANCE

Upon consideration of the motion to withdraw the appearance of Leigh J. Jahnig on behalf of Defendants Clark Hill PLC and Mr. Thomas K. Ragland, it is hereby ORDERED that the motion is GRANTED.

Date:_____

_____
James Boasberg
United States District Judge