IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Guo Wengui, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:19-cv-03195 (Judge Boasberg) |
| ) | |
| v. ) | |
| ) | |
| Clark Hill, PLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S STATUS REPORT

On March 4, 2022, in response to plaintiff's motion for a stay of proceedings advising the Court that plaintiff had filed for bankruptcy, the Court entered a Minute Order staying proceedings in this matter, pending further order of the Court, and directed plaintiff to file a status report by April 3, 2022.

On March 22, 2022, bankruptcy counsel filed in plaintiff's bankruptcy case in the United States District Court for the District of Connecticut a motion seeking authorization for plaintiff (the bankruptcy debtor) to employ and pay professionals utilized in the ordinary course. This case and plaintiff's counsel in this case are included in that motion. A hearing on the motion is scheduled for April 13, 2022.

Plaintiff respectfully requests that the present stay remain in place, subject to plaintiff's advising the Court no later than May 3, 2022, of the status of plaintiff's motion in the bankruptcy proceeding, or sooner if the bankruptcy court rules on the motion for authorization.

        Respectfully submitted,

        s/*Ari S. Casper*
        Ari S. Casper
        Ralph S. Tyler
        The Casper Firm, LLC
        400 East Pratt St., Suite 903
        Baltimore, MD 21202
        Tel: 410-989-5097
        acasper@casperfirm.com
        rtyler@casperfirm.com
        *Attorneys for Plaintiff*