IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Guo Wengui, | ) )  ) |
| Plaintiff, | ) Case No. 1:19-cv-03195 (Judge Boasberg) ) |
| v. | ) ) |
| Clark Hill, PLC, *et al*., | ) ) |
| Defendants. | ) ) |

## PARTIES' JOINT STATUS REPORT

By Order dated November 1, 2022, the Court continued its prior October 3, 2022 Order staying all proceedings in this matter, subject to the parties filing a joint status report by November 30, 2022. As explained in the Parties' October 31, 2022 Joint Status Report, Defendants Clark Hill, PLC ("Clark Hill") was in the process of sharing the sealed pleadings, depositions, and expert reports ("production") in this case, as those pleadings and documents were not available on the public docket.

Clark Hill, however, has been presently unable to share the production with the Trustee because of an objection by Guo's bankruptcy counsel to the production of a critical document in those materials, Guo's asylum application. As this Court is aware, Guo's asylum application was referenced, quoted, and used as an exhibit in the sealed pleadings that are part of Clark Hill's production. Clark Hill provided Guo's bankruptcy counsel with these sealed pleadings, and the bankruptcy counsel objected to Clark Hill sharing the asylum application with the Trustee and filed a Motion for Protective Order to "preclude[e] the disclosure of [Guo's] asylum application." (Bankruptcy Court ECF 1063.) The Trustee, needing to be able to review all the pleadings and

discovery in this matter that he now controls for the estate, has filed a response in opposition to Guo's bankruptcy counsel's motion. (Bankruptcy Court ECF 1105.) On November 30, 2022, the Bankruptcy Court held a hearing on this matter, noted the Trustee's need to see the pleadings and documents in the case that he is now controls on behalf of the Debtor's estate, and encouraged Guo and the Trustee to work out a resolution of the dispute in the form of a protective order. The Court noted, that if an agreement cannot be reached the Court would issue a ruling on the dispute. Clark Hill now awaits the parties' resolution of the issue or the Bankruptcy Court's decision on this issue. As such, the Parties request that the Court continue its stay until December 30, 2022.

Respectfully submitted,

Dated: November 30, 2022

s/*Ari S. Casper*
Ari S. Casper
Ralph S. Tyler
The Casper Firm, LLC
400 East Pratt St., Suite 903
Baltimore, MD 21202
Tel: 410-989-5097
acasper@casperfirm.com
rtyler@casperfirm.com
*Attorneys for Plaintiff*

*/s/ John R. Storino*
John R. Storino (*via pro hac vice*)
David Jimenez-Ekman (*via pro hac vice*)
Lindsey A. Lusk (*via pro hac vice*)
JENNER & BLOCK, LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
JStorino@jenner.com

2

Kali N. Bracey (#458965)
JENNER & BLOCK, LLP
1099 New York Avenue NW Suite 900
Washington, DC 20001-4412 Tel: (202) 639-6000
KBracey@jenner.com

*Counsel for Defendants*