**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Guo Wengui,<br><br>   Plaintiff,<br><br>v.<br><br>Clark Hill, PLC, *et al.*,<br><br>   Defendants. | Case No. 1:19-cv-03195 (Judge Boasberg) |

### NOTICE OF DISMISSAL WTH PREJUDICE

Luc A. Despins, in his capacity as the chapter 11 trustee ("Trustee") for the estate of Plaintiff Guo Wengui ("Guo"), and Defendants Clark Hill, PLC and Thomas Ragland ("Defendants") (collectively referred to as the "Parties") reached a settlement agreement, which the United States Bankruptcy Court for the District of Connecticut approved pursuant to a Bankruptcy Rule 9019 Motion. Pursuant to the terms of the settlement agreement, the Plaintiff is required to dismiss with prejudice all of claims against Defendants in this case, with each party to bear its own costs and attorneys' fees.

THEREFORE, IT IS STIPULATED AND AGREED by Trustee, on behalf of Guo, and Defendants, through their respective counsel that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all the claims against all Defendants are dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Dated: May 24, 2023

Respectfully submitted,

*/s/ John R. Storino*
John R. Storino (*via pro hac vice*)
David Jimenez-Ekman (*via pro hac vice*)
Lindsey A. Lusk (*via pro hac vice*)
JENNER & BLOCK, LLP

2

353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
JStorino@jenner.com

Kali N. Bracey (#458965)
JENNER & BLOCK, LLP
1099 New York Avenue NW Suite 900
Washington, DC 20001-4412 Tel: (202) 639-6000
KBracey@jenner.com

*Counsel for Defendants*


*/s/ Nicholas A. Bassett*
Nicholas A. Bassett
Paul Hastings
2050 M Street NW
Washington, D.C. 20036
Tel: (202) 551-1902

*Attorney for Chapter 11 Trustee*

2