AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia  ▾

| | | |
|---|---|---|
| Mark J. O'Connor, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-02070-TSC |
| US Cellular Corporation, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Advantage Spectrum, L.P. and Sunshine Spectrum, Inc. (as successor to Nonesuch, Inc.)                        .

Date:     10/26/2020

/s/ David Bitkower
*Attorney's signature*

David Bitkower (DC Bar # 198596)
*Printed name and bar number*
Jenner & Block LLP
1099 New York Ave., NW
Suite 900
Washington, DC 20001

*Address*

DBitkower@jenner.com
*E-mail address*

(202) 639-6048
*Telephone number*

(202) 639-6066
*FAX number*